COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-275-CV

NO. 2-07-276-CV

IN THE MATTER OF P.R.G.
 

----------

FROM COUNTY COURT AT LAW NO. 1 OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s motion to dismiss the appeal.  It is the court’s opinion that the motion should be granted; therefore, we dismiss the  appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED:  September 27, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.